## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT<br>CASE: 17-11052M |
| vs. | Citizenship: Mexico |
| Alvaro Corona-Acosta | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about November 17, 2017 at or near Why, Arizona, in the District of Arizona, Alvaro Corona-Acosta, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on July 18, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(a)(1). COUNT 2: That on or about November 13, 2017 at or near Lukeville, Arizona in the District of Arizona, Alvaro Corona-Acosta, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code 1325(a)(1).

   Alvaro Corona-Acosta is a citizen of Mexico. On July 18, 2017, Alvaro Corona-Acosta was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On November 17, 2017, agents found Alvaro Corona-Acosta in the United States at or near Why, Arizona without the proper immigration documents. Alvaro Corona-Acosta did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Alvaro Corona-Acosta, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Alvaro Corona-Acosta admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 13, 2017, at or near Lukeville, Arizona.

File Date: 11/20/2017

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 11/20/2017

Eric J Markovich
United States Magistrate Judge

Alien Number: 208 184 662