UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| United States of America<br><br>vs.<br><br>**Alvaro Corona-Acosta** | ) PETTY<br>) **JUDGMENT IN A CRIMINAL CASE**<br>) (For Offenses Committed on or After November 1,<br>) 1987)<br>) CASE: **17-11052M-TUC-(BGM)**<br>)<br>) Matei Tarail (FPD)<br>) Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**
[X]guilty [ ]nolo contendre: as to Count 2

**THERE WAS A:**
[X]finding [ ]verdict: of guilty as to Count 2

ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSES: violating Title 8, U.S.C., Section 1325, an alien did unlawfully enter the United States of America from the Republic of Mexico at a time and place other than as designated by Immigration Officers of the United States of America as charged in Count 2 of the Complaint filed herein.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of **ONE HUNDRED EIGHTY (180) DAYS WITH CREDIT FOR TIME SERVED**

**IT IS ORDERED** that Count 1 is DISMISSED on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance Suite 130, 401 W. Washington St., SPC 1, Phoenix, Arizona, 85003-2118, the following total criminal monetary penalties:

SPECIAL ASSESSMENT: <u>Remitted</u>     FINE: _____     RESTITUTION: _____

**UNLESS PREVIOUSLY WAIVED, THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

**IT IS FURTHER ORDERED**
that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district. The Court orders commitment to the custody of the Bureau of Prisons and recommends:

Date of imposition of sentence: Wednesday, November 29, 2017

Date: 11/29/2017

Bruce G. Macdonald
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____
Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                    Deputy Marshal